AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  3:26-cr-00033-MAJ-2 |
| Jonathan Morales-De Jesus | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | José V. Toledo Courthouse and Federal Building 300 Recinto Sur Street San Juan, PR 00911 | Courtroom No.:  6 |
|---|---|---|
| | | Date and Time: 04/07/2026      at      9:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      April 1, 2026

s/ Mariana Bauzá-Almonte
*Judge's signature*

Mariana Bauzá-Almonte, U.S. Magistrate Judge
*Printed name and title*